JAMES R. SHIELDS, *et al.*, Defendants in Error, *vs.* JULLA C. SHIELDS, *et al.*, Plaintiffs in Error.

1. *Practice, civil—Error, writ of—Exceptions, bill of—Exceptions saved.*—On a writ of error, no exceptions being saved and no bill of exceptions filed, judgment will be affirmed.

*Appeal from Boone Circuit Court.*

*A. J. Harbinson*, for Plaintiffs in Error.

*R. T. Prewitt*, for Defendants in Error.

WAGNER Judge, delivered the opininion of the court.

In this case no exceptions are saved, nor is there any bill of exceptions incorporated in the record.

The judgment will therefore be affirmed, the other judges concurring.